PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007-JLT-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER |
| v. | |
| MANUEL MONTENEGRO, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court find the following:

1. By previous order, this matter was set for a trial on September 17, 2024.

2. By this stipulation, the parties now move to vacate the trial date as to this defendant only and set a change of plea hearing on August 26, 2024. No exclusion of time is necessary as time has already been excluded up to and including September 17, 2024, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

STIPULATION AND PROPOSED ORDER

1

                                              Respectfully submitted,

Dated: July 2, 2024                          PHILLIP A. TALBERT
                                            United States Attorney

                                              /s/ Antonio J. Pataca
                                            Antonio J. Pataca
                                            Assistant United States Attorney

Dated: July 2, 2024                          /s/ Matthew Lombard
                                            Matthew Lombard
                                            Counsel for Defendant Manuel
                                            Montenegro

**ORDER**

IT IS SO ORDERED that the jury trial set for September 17, 2024, trial confirmation set for August 26, 2024 are vacated, as to defendant Montenegro only. A change of plea hearing is set for **August 26, 2024, at 9:00 a.m. in Courtroom 4 before the District Court Judge Jennifer L. Thurston.** Time was previously excluded through September 17, 2024.

IT IS SO ORDERED.

Dated: **July 12, 2024**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE