MATTHEW J. LOMBARD (SBN 239910)
Law Offices of Matthew J. Lombard
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:   (424) 371-5930
Fax:   (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
MANUEL DELGADO MONTENEGRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATE OF AMERICA, | Case No. 19-CR-00007-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER** |
| MANUEL DELGADO MONTENEGRO | Current Date:    August 26, 2024 |
| Defendants. | Proposed Date:  September 16, 2024 |

IT IS HEREBY REQUESTED by the parties in the above-entitled matter, defendant, Manuel Delgado-Montenegro, by and through his counsel of record, Matthew J. Lombard, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Antonio Pataca, that the Change of Plea Hearing currently scheduled for August 26, 2024 be continued to September 16, 2024 at 9:00 a.m.

The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7) and 18 U.S. C. §3161(h)(8). The ends of justice will be served by granting the requested continuance as outweigh the best interest of public and

the Defendant in a speedy trial, for the following reasons:

The Court has a high volume of cases on the currently scheduled date of August 26, 2024. Defense counsel will then be out of the country on the week of September 2, 2024.

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(F), 3161(h)(7) and 3161(h)(8). The parties agree the period of delay excluded spans from the filing of this joint motion, until the new date for the Change of Plea hearing, that is until September 16, 2024 at 9:00 a.m.

**IT IS SO STIPULATED**

DATED:  August 16, 2024                    Respectfully submitted,

                                           By:   */s/ Matthew J. Lombard*
                                                 MATTHEW J. LOMBARD
                                                 Attorney for Gustavo Gil Marquez

**IT IS SO STIPULATED**

DATED: August 16, 2024                     By:   */s/ Antonio Pataca*
                                                 ANTONIO PATACA
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

IT IS SO ORDERED.

   Dated:   **August 19, 2024**

                                                 UNITED STATES DISTRICT JUDGE

2