MATTHEW J. LOMBARD (SBN 239910)
Law Offices of Matthew J. Lombard
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:  (424) 371-5930
Fax:  (310) 392-9029
Email: mlombard@lombardlaw.net

Attorney for Defendant
MANUEL DELGADO MONTENEGRO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL DELGADO MONTENEGRO<br><br>    Defendants. | Case No. 19-CR-00007-JLT-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER**<br><br>Current Date:   March 24, 2025<br><br>Proposed Date: June 30, 2025 |

Defendant, Manuel Delgado Montenegro, by and through his counsel of record, Matthew J. Lombard, and Plaintiff United States of America, by and through its counsel of record, Antonio Pataca, hereby stipulate that the sentencing currently scheduled March 24, 2025 be continued to June 30, 2025 at 9:00 a.m.

The reason for the continuance is to give defense counsel additional time to prepare mitigation materials for sentencing.

This stipulation is based on good cause and in the interest of justice.  For the

///

///

reasons set forth above, the parties agree that the sentencing hearing currently scheduled for March 24, 2025 be continued to June 30, 2025 at 9:00 a.m.

**IT IS SO STIPULATED**

Dated: March 10, 2025

Respectfully submitted,

By: /s/ Matthew J. Lombard
MATTHEW J. LOMBARD
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: March 10, 2025

/s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: March 12, 2025

UNITED STATES DISTRICT JUDGE