**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00007 JLT EPG |
| Plaintiff, | ORDER DENYING MOTION TO REDUCE SENTENCE |
| v. | (Doc. 499) |
| MANUEL DEJESUS DELGADO-MONTENEGRO, | |
| Defendant. | |

Manuel DeJesus Delgado-Montenegro moves pro se to reduce his sentence under 18 U.S.C. § 3582(c)(2), citing Amendment 821 to the federal Sentencing Guidelines. (Doc. 499.) Defendant was sentenced under the 2024 sentencing guidelines in 2025, after Amendment 821 became effective in 2023. (*See* Docs. 422, 446, 467, 469.) A sentencing reduction is not possible under § 3582(c)(2) because there has been no relevant change in the sentencing guidelines since he was sentenced a year ago. *See Dillon v. United States*, 560 U.S. 817, 827 (2010). The motion (Doc. 499) is **DENIED**.

IT IS SO ORDERED.

   Dated:   **June 19, 2026**

_____
UNITED STATES DISTRICT JUDGE